IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00074-NYW

DERIC VAN FLEET,

    Plaintiff,

v.

SGT. TUPPER,

    Defendant.

---

**ORDER**

---

Magistrate Judge Nina Y. Wang

    This civil action comes before the court upon notification that a copy of the court's March 20, 2015 Order was returned as "Undeliverable" on the basis that Plaintiff Deric Van Fleet was paroled on March 18, 2015. [*See* #20]. Pursuant to D.C.COLO.LAttyR 5(c), Plaintiff is required to file a notice of change of mailing address **no later than five days after the change**. As of the date of this Order, Plaintiff has failed to update the court of his new mailing address. Accordingly,

    IT IS ORDERED that Plaintiff shall file a notice updating the court of his new mailing address on or before **April 30, 2015**. Failure to do so may result in dismissal of this action.

DATED: April 13, 2015                        BY THE COURT:

                                                       s/Nina Y. Wang
                                           United States Magistrate Judge