**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00074-REB-NYW

DERIC VAN FLEET,

    Plaintiff,

v.

SGT. TUPPER,

    Defendant.

---

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

Magistrate Judge Nina Y. Wang

    Plaintiff Deric Van Fleet was in the custody of the Colorado Department of Corrections and incarcerated at Sterling Correctional Facility ("SCF") in Sterling, Colorado when he initiated this action by filing *pro se* a Prisoner Complaint. [#1, filed January 12, 2015]. On January 13, 2015, the court granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915. [#4].

    On March 20, 2015, Senior District Judge Babcock issued an Order dismissing Plaintiff's Prisoner Complaint in part and assigning the case to the undersigned Magistrate Judge. [#17]. On April 10, 2015, this court received notice that a copy of the March 20 Order had been returned to the court as "Undeliverable," with a notation that Plaintiff was paroled on March 18, 2015. [#20]. The undersigned subsequently issued an Order directing Plaintiff to file a notice of change of mailing address on or before April 30, 2015. [#21]. Plaintiff did not submit any notice or otherwise apprise the court of his current address.

Pursuant to Local Rule of Practice 41.1, D.C.COLO.LCivR, I ordered Plaintiff to show cause in writing and on or before June 30, 2015 why this case should not be dismissed for lack of prosecution, failure to comply with the April 13, 2015 Order, and failure to comply with D.C.COLO.LAttyR 5(c). [#22, issued June 10, 2015].  Plaintiff has failed to respond or otherwise demonstrate an interest in pursuing this action.  This matter was referred to the undersigned Magistrate Judge to conduct pre-trial matters pursuant to the Order Referring Case dated July 6, 2015.  [#27].

Accordingly, I respectfully RECOMMEND that the Complaint be DISMISSED WITHOUT PREJUDICE for lack of prosecution, failure to comply with an order of the court, and failure to comply with a Local Rule of this District.

DATED: July 13, 2015                        BY THE COURT:

                                            s/Nina Y. Wang_____
                                            United States Magistrate Judge